MARY SHELDERBERG, Appellant, *v.* THE VILLAGE OF TONAWANDA, Respondent.

*Shelderberg* v. *Village of Tonawanda*, 70 App. Div. 623, affirmed.
(Argued June 24, 1903; decided October 6, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

April 18, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial.

*Norman D. Fish* for appellant.

*W. B. Simson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Parker, Ch. J., O'Brien, Bartlett, Vann, Cullen and Werner, JJ. Absent: Martin, J.